AO 240 (Rev. 06/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

FILED
FEB 17 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| | |
|---|---|
| Ronald G. Pyle | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 480 |
| FIRST NATIONAL COLLECTION BUREAU, INC. | ) |
| *Defendant* | ) 1:12 CV 00230 LJO DLB |

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: _____.
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:
SCHNEIDER NATIONAL CARRIERS INC.
161 E. TRANSPORTATION CT.
FRENCH CAMP, CA. 95231

My gross pay or wages are: $ 968.44 , and my take-home pay or wages are: $ 826.85 per

*(specify pay period)* 1/22/2012 thru 1/28/2012 .

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

| | | |
|---|---|---|
| (a) Business, profession, or other self-employment | ☐ Yes | ☐ No |
| (b) Rent payments, interest, or dividends | ☐ Yes | ☐ No |
| (c) Pension, annuity, or life insurance payments | ☐ Yes | ☐ No |
| (d) Disability, or worker's compensation payments | ☐ Yes | ☐ No |
| (e) Gifts, or inheritances | ☑ Yes | ☐ No |
| (f) Any other sources | ☐ Yes | ☐ No |

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*
On occasion my beloved mother would help me out with gas expenses. $20 dollars here and there, maybe $100 in the last 12 months.

AO 240 (Rev. 06/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4. Amount of money that I have in cash or in a checking or savings account: $ 24.58 .

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:
2004 srx car-$6000.00
2000 vw golf-$2,500.00
wedding ring-$50.00
no art work of value
no real estate-rent
no stock, bond, security, trust, financial instrument or 401k

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:
rent-$875
auto insurance- $128
city of turlock-91.30
Turlock Irrigation District-$112.40
PGE- $80
Gas- for wifes car and mine-$600
credit card payments-$280

health insurance-$240
food for household-$500
household items-$100
clothing and personal items-$300

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:
Tina Pyle-wife $1,200.00
Christopher Pyle-son $200
AG-stepdaughter-$200
MG-stepson-$200

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:
CFNA- car repairs-$1558.68
IRS-$347
DMV-$147
Orchard Bank- credit cards-$917.23/$167.88
Home Depot- credit cards-$282.33
JC Penney-credit card-$205.20
Cap One- credit card-$404.25

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: 02/16/2012

Ronald H. Pyle II
*Applicant's signature*

Ronald G. Pyle II
*Printed name*