# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RONALD G. PYLE, II | ) | 1:12cv0230 LJO DLB |
| | ) | |
| Plaintiff, | ) | ORDER REGARDING APPLICATION TO PROCEED IN FORMA PAUPERIS |
| v. | ) | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, | ) | |
| Defendant. | ) | |

Plaintiff Ronald G. Pyle, II, filed this action on February 17, 2012, along with an application to proceed in forma pauperis. Doc. 2. Subsequently, Plaintiff filed a First Amended Complaint on February 23, 2012. Plaintiff also filed a second motion to proceed in forma pauperis on February 27, 2012. Doc. 5.

Plaintiff's first application to proceed in forma pauperis incorrectly identified the defendant as First National Collection Bureau, Inc. Plaintiff's second motion to proceed in forma pauperis correctly identifies the Defendant as Portfolio Recovery Associates, LLC.

In reviewing the second application, the Court finds that Plaintiff did not provide sufficient information to support his request to proceed in forma pauperis. Specifically, Plaintiff stated that his gross pay is $968.44 and his take-home pay is $826.85 for a one-week pay period between January 22, 2012, through January 28, 2012. This statement does not indicate whether Plaintiff is paid this amount regularly each week or whether this is the only pay he has earned

during 2012.[1]

Accordingly, Plaintiff is ORDERED to submit a complete, signed application to proceed in forma pauperis clarifying his rate of pay within twenty-one (21) days of the date of service of this order. The Clerk of the Court shall send Plaintiff the appropriate application.

Failure to comply with this order may result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

Dated:   **February 28, 2012**              /s/ **Dennis L. Beck**
                                          UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff's initial application to proceed in forma pauperis suffered from the same defect.

2