Ronald G. Pyle II Pro Se'
720 Bluefield ave.
Turlock, CA. 95382
209-505-7481

FILED
MAR 14 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

Ronald G. Pyle II                        ) Case No.: 1:12-cv-00230
                                         )
        Plaintiff,                       )
                                         )
    vs.                                  )
                                         )       PROOF OF SERVICE
PORTFOLIO RECOVERY ASSOCIATES,           )
LLC.                                     )
                                         )
        Defendant                        )

I, the undersigned, hereby certify that I am over the age of eighteen years and on March 12, 2012, I served a copy of the amended complaint by placing a copy in a first class postage paid envelope addressed to the person hereinafter listed by depositing said envelope in the United States Mail:

PORTFOLIO RECOVERY ASSOCIATES, LLC.

140 CORPORATE BLVD.

NORFOLK, VA. 23502

I declare under penalty of perjury that the foregoing is true and correct.

Signed _Ronald A. Pyle II_

- 1