

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

PRO HAC VICE APPLICATION,
ECF REGISTRATION AND CONSENT
TO ELECTRONIC SERVICE,
PROPOSED ORDER

Ronald G. Pyle II

Plaintiff,

v.

Portfolio Recovery Associates, LLC

Defendant.

Case No. 1:12-cv-00230-LJO-DLB

I, <u>Adrienne C. Rowberry</u>, attorney for <u>Defendant Portfolio Recovery Associates, LLC</u> hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule 180(b)(2). I understand and consent to ECF Registration and Electronic Service as detailed below and I have submitted payment in the amount of $200.00 to the Clerk, U.S. District Court. In support of this petition, I state under penalty of perjury that:

My business address is:

| | |
|---|---|
| Firm Name: | Portfolio Recovery Associates, LLC |
| Address: | 140 Corporate Boulevard |
| City: | Norfolk |
| State: | Virginia    ZIP Code: 23502 |
| Voice Phone: | (757) 481-8371 |
| FAX Phone: | (757) 321-2518 |
| Internet E-mail: | arowberry@portfoliorecovery.com |
| Additional E-mail: | |
| I reside in City: | Denver    State: CO |

I was admitted to practice in the <u>United States District Court, District of Colorado</u> (court) on <u>April 27, 2009</u> (date).  I am presently in good standing and eligible to practice in said court. A certificate of good standing from the court in my state of primary practice is attached to this application. I am not currently suspended or disbarred in any other court.

I  have ☐ / have not ☒ concurrently or within the year preceding this application made a pro hac vice application to this court.  (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____

_____

_____ .

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

Name:        <u>Sharina T. Romano</u>

Firm Name:   <u>Portfolio Recovery Associates, LLC</u>

Address:     <u>140 Corporate Boulevard</u>

_____

City:        <u>Norfolk</u>

State:       <u> Virginia</u>   ZIP Code: <u>23502</u>

Voice Phone: <u>(757) 519-9300 ext. 18365</u>

FAX Phone:   <u>(757) 321-2518</u>

E-mail:      <u>stromano@portfoliorecovery.com</u>


Dated: <u>5/11/2012</u>        Petitioner: _____/s/_____
                                Adrienne C. Rowberry, Attorney for Defendant

**ORDER**

IT IS SO ORDERED.

Dated:  **May 22, 2012**                      /s/ *Dennis L. Beck*
                                                          UNITED STATES MAGISTRATE JUDGE