IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD G. PYLE II,<br><br>              Plaintiff,<br>   vs.<br>PORTFOLIO RECOVERY ASSOCIATES, LLC,<br><br>              Defendant.              / | CASE NO. CV F 12-0230 LJO DLB<br><br>**ORDER TO DENY DISMISSAL**<br>(Doc. 18.) |

      Pro se plaintiff Ronald G. Pyle II ("Mr. Pyle") filed a July 25, 2012 motion for order of dismissal ("July 25 motion") to attempt to dismiss this action. The July 25 motion fails to comply with F.R.Civ.P. 41(a)(1)(A)(ii), which requires a stipulation signed by defendants who have answered or filed a summary judgment motion. As such, this Court DENIES dismissal of this action in the absence of compliance with F.R.Civ.P. 41(a)(1)(A)(ii). This Court ORDERS the parties, no later than **August 13, 2012**, to file either: (a) a stipulation which satisfies F.R.Civ.P. 41(a)(1)(A)(ii) and a proposed order to dismiss this action in its entirety; or (b) papers to show good cause why the parties have failed to comply with F.R.Civ.P. 41(a)(1)(A)(ii). This Court ADMONISHES the parties to obey the Federal Rules of Civil Procedure and this Court's Local Rules and orders. This Court FURTHER ADMONISHES the parties that failure to comply with this order in the absence of good cause will result in imposition of sanctions, including monetary sanctions and/or dismissal of this action with or without prejudice.

      IT IS SO ORDERED.

**Dated:   July 30, 2012**                            /s/ Lawrence J. O'Neill
                                                                                UNITED STATES DISTRICT JUDGE