UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD G. PYLE II,<br><br>        Plaintiff,<br><br>vs.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC,<br><br>        Defendant | Case No. 1:12-cv-00230 LJO DLB<br><br>**JOINT NOTICE OF DISMISSAL** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties stipulate that Plaintiff's Amended Complaint is dismissed with prejudice and without costs.

| | |
|---|---|
| RONALD G. PYLE II<br><br>Pro se,<br><br>*/s/ Ronald A. Pyle II*<br>720 Bluefield Ave<br>Turlock, CA 95382<br>Tel: 209-505-7481<br><br>Dated: July 31, 2012 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br><br>By its Attorney,<br><br>/s/ Sharina Romano<br>140 Corporate Boulevard<br>Norfolk, VA 23502<br>Tel: 757-481-8365<br>SBN 222643<br>sromano@portfoliorecovery.com<br><br>Dated: July ___, 2012 |

JOINT NOTICE OF DISMISSAL