IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD G. PYLE II, | CASE NO. CV F 12-0230 LJO DLB |
| Plaintiff, | **ORDER TO DISMISS AND TO CLOSE ACTION** |
| vs. | (Doc. 22.) |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, | |
| Defendant. | |

Based on the parties' stipulation for dismissal under F.R.Civ.P. 41(a)(1)(A)(ii), this Court:

1. DISMISSES with prejudice this entire action;

2. VACATES all pending matters; and

3. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

**Dated:   August 13, 2012**            **/s/ Lawrence J. O'Neill**
                                        UNITED STATES DISTRICT JUDGE

1